## MacAllister's Estate

*Keller H. Gilbert* and *Joseph Newman,* for exceptants.
*John J. Cahill,* contra.

SINKLER, J., April 24, 1936.—The exceptions relate to findings by the auditing judge upon issues of fact. The argument presented in support of the exceptions does not convince us that he erred. The record establishes the correctness of his findings.

The exceptions are dismissed and the adjudication is confirmed absolutely.